### 15250.   BARKSDALE *v.* THE STATE.

BROYLES, C. J.   The accused was convicted of manufacturing whisky, and his motion for a new trial was based upon the usual general grounds only. There was some evidence authorizing the verdict, and, the finding of the jury having been approved by the trial judge, this court is without authority to interfere.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 6, 1924.

Indictment for manufacture of liquor; from Wilkes superior court—Judge Shurley. November 28, 1923.

*Clement E. Sutton,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.

---

### 15251.   STALNAKER *v.* THE STATE.

LUKE, J.   The motion for a new trial complains that the verdict of guilty was not authorized by the evidence. There is some evidence to authorize the defendant's conviction, which conviction has the approval of the trial judge. It was not error to overrule the motion for a new trial.

*Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 6, 1924.

Indictment for manufacture of liquor; from Wilkes superior court—Judge Shurley. November 29, 1923.

*Clement E. Sutton,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.